LUDLAM v. LUDLAM. (Supreme Court, Appellate Division, First Department. June 28, 1907.) Action by Mary Ludlam against Henry A. Ludlam. No opinion. Motion denied, with $10 costs. Order filed.

LUNNY v. HAISELT et al. (Supreme Court, Appellate Division, First Department. June 28, 1907.) Action by Farrell Lunny against Marie Haiselt and another. No opinion. Motion granted, with $10 costs. Order filed.

McALLISTER, Respondent, v. BAUMGRAS, Appellant. (Supreme Court, Appellate Division, Fourth Department. June 12, 1907.) Action by Adelaide McAllister against Daniel N. Baumgras, as, etc. No opinion. Judgment affirmed, with costs.

McCARTHY, Respondent, v. DANNER, Appellant. (Supreme Court, Appellate Division, Second Department. June 28, 1907.) Action by Thomas P. McCarthy against Adam Danner.

PER CURIAM. Motion for reargument denied, with costs.

WOODWARD, J., dissents.